**Order entered December 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01114-CV

**FRISCO ATHLETIC NETWORK, INC. D/B/A/ LONESTAR VOLLEYBALL CLUB, Appellant**

**V.**

**TRAIN KIDS NOW, INC. D/B/A DX3 ATHLETE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00767-2018**

## ORDER

Before the Court is the December 2, 2019 request of Kristen Kopp, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 2, 2020**. We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kopp; Denise Condran, Official Court Reporter for County Court at Law No. 4; and all parties.

/s/  KEN MOLBERG
JUSTICE